IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNY SMITH, also known as | § | |
| JERRY WAYNE SMITH, | § | |
| ID # 54898-177, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-113-K-BW |
| | § | |
| FEDERAL BUREAU OF PRISONS, | § | |
| et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the Complaint with Jury Demand, received on October 26, 2023 and transferred to this Court on January 16, 2024 (Dkt. No. 1), will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim upon which relief may be granted.

If Plaintiff files a notice of appeal, Plaintiff must pay the $605.00 appellate

filing fee or submit a motion to proceed *in forma pauperis* with a properly signed certificate of inmate trust account.

SO ORDERED.

Signed July 27th, 2026.

ED KINKEADE
UNITED STATES DISTRICT JUDGE